COLEGIO DE ABOGADOS DE PUERTO RICO, querellante, *v.* NILDA I. VÁZQUEZ QUIÑONES, querellada.

*Número:* 3699      *Resuelto:* 3 de febrero de 1995

*Mady Pacheco García de la Noceda, Directora Ejecutiva del Colegio de Abogados de Puerto Rico*, parte querellante.

## RESOLUCIÓN

Examinado el expediente de la Lcda. Nilda I. Vázquez Quiñones, del cual surge que luego de diversas gestiones desde el 8 de agosto de 1994, ésta no ha podido ser localizada para responder sobre la falta de pago de su fianza notarial, *se le suspende provisionalmente de la notaría y de la abogacía, y se instruye al Alguacil General para que se incaute su obra notarial tan pronto pueda localizarla.*

*Notifíquese personalmente.*

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Presidente Señor Andréu García y la Juez Asociada Señora Naveira de Rodón no intervinieron.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*